In the Matter of the Accounting of Albert Bodine, Administrator, etc., of Mary A. Bodine, Deceased. Lillian G. Bodine, as Administratrix, etc., of Albert

Bodine, Deceased, Appellant; Duncan McGibbon and Others, Respondents.— Order of the Surrogate's Court of Richmond county affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.